**J. T. DRAWHORN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27590.

Court of Criminal Appeals of Texas.

May 11, 1955.

**James McMORRIES, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27522.

Court of Criminal Appeals of Texas.

April 20, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of liquor in a dry area for the purpose of sale; the punishment, six months in jail and a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.